NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRIAN A. HALLMAN,                          )
                                           )
      Appellant,                       )
                                           )
v.                                         )          Case No. 2D19-336
                                           )
STATE OF FLORIDA,                          )
                                           )
      Appellee.                        )
_____)

Opinion filed September 18, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.

PER CURIAM.

Affirmed.  See § 775.087(2)(a)(1), Fla. Stat. (2007); McDonald v. State, 957 So. 2d 605 (Fla. 2007); Knight v. State, 808 So. 2d 210 (Fla. 2002); Tucker v. State, 726 So. 2d 768 (Fla. 1999); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So. 2d 861 (Fla. 2d DCA 2007); Pratte v. State, 946 So. 2d 1184 (Fla. 2d DCA 2006); Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Pitts v. State, 832 So. 2d 260 (Fla. 2d DCA 2002); Lane v. State, 996 So. 2d 226 (Fla. 4th DCA 2008); Sherwood v. State, 745 So. 2d 378 (Fla. 4th DCA 1999).

NORTHCUTT, VILLANTI, and LaROSE, JJ., Concur.